# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**JUVER VIDAL QUEX-TOCORA**<br>*Defendant* | Case No. 25-mj- 211 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 20, 2025, in the County of Erie, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

MICHAEL A. SCIOLI
SUPERVISORY U.S. BORDER PATROL AGENT
UNITED STATES BORDER PATROL
*Printed name and title*

Sworn to before me and signed telephonically.

Date: October 23, 2025

*Judge's signature*

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK  )
COUNTY OF ERIE     )   SS:
CITY OF BUFFALO    )

I, Michael A. Scioli, being duly sworn, deposes and says that:

1. I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Buffalo, New York. I have been employed as a Border Patrol Agent for twenty-two (22) years. In such capacity, my official duties include investigating people who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized re-entry in the United States, in violation of Title 8, United States Code, Section 1326(a).

2. As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to effectuate arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a) Re-entry of a Removed Alien.

3. I make this Affidavit in support of the Criminal Complaint charging Juver Vidal QUEX-TOCORA (hereinafter "QUEX-TOCORA"), an alien, born in 1996 in Guatemala, with having been found in the United States after having been previously removed or deported

from the United States, without first applying to the Attorney General or the Secretary of the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

4. The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records, and upon information provided to me by other U.S. Border Patrol and other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Section 1326(a).

## PROBABLE CAUSE

5. On or about October 20, 2025, Buffalo Border Patrol Station Targeting Unit (TU) Agents in collaboration with Homeland Security Investigations (HSI) arrested four (4) illegal aliens as part of the national security missions established under Operation Unified Alliance and Operation Safeguard in Amherst, New York, within the Western District of New York.

6. TU Agents and HSI Agents were conducting plain clothes surveillance on a targeted individual that has been known to work with illegal aliens in the past at a location in Amherst, New York. Agents observed a black pickup with out-of-state plates registered to the targeted individual parked at the location under observation.

7.      While agents were engaged in conversation with another subject they had detained at that location, they witnessed four subjects dressed in construction attire and speaking Spanish (one later being identified as QUEX-TOCORA) nervously walk past them. Agents approached the subjects with their law enforcement badges visible, identified themselves as immigration officers of their respective agencies. The subjects claimed to be working in the Buffalo area, working in the telecommunications field. One of the individuals, QUEX-TORCORA, was asked about his citizenship. QUEX-TORCORA admitted to being illegally present in the United States and from Guatemala. QUEX-TORCORA stated he did this without any valid immigration documents that would allow him to remain legally in the United States.

8.      U.S. Border Patrol placed all three subjects to include QUEX-TORCORA under arrest and transported them to the Buffalo Border Patrol Station for further processing.

9.      As a part of processing, an electronic scan of QUEX-TORCORA's fingerprints were taken to verify his identity and any immigration history he may have in the United States. This query resulted in an identical biometric match revealing that QUEX-TORCORA had been issued an FBI number and immigration fingerprint identification number.

10.     Criminal and immigration database record checks associated with QUEX-TORCORA's fingerprints revealed the following:

    a. QUEX-TORCORA is a native and citizen of Guatemala.

    b. On or about April 18, 2013, QUEX-TORCORA was ordered removed by a United States Border Patrol Agency Official in McAllen, Texas.

      c. On or about April 18, 2013, QUEX-TORCORA was served a warning to aliens being ordered removed or deported.

      d. On or about May 3, 2013, QUEX-TORCORA was physically removed from the United States via the Brownsville Airport in Texas.

11. There is no record that QUEX-TORCORA had applied for or received any authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to re-enter the United States after his last removal.

12. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about October 20, 2025, within the Western District of New York, Juver QUEX-TOCORA, an alien who was previously removed from the United States on or about May 3, 2013, was found in the United States, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

*MICHAEL SCIOLI*
MICHAEL A. SCIOLI
SUPERVISORY U.S. BORDER PATROL AGENT
UNITED STATES BORDER PATROL

Sworn and subscribed to before me telephonically
on this 23rd day of October 2025.

*H. Kenneth Schroeder, Jr.*
HONORABLE H. KENNETH SCHROEDER
United States Magistrate Judge

4